07-3830F-BKI

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE: )
COPE, Garland Scott ) Case No. 08-92087-BHL-13
190 E. Madison St. )
Scottsburg, IN 47170 )
         Debtor. )

### AGREED ENTRY ON MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE

U.S. Bank, N.A., ("Secured Creditor"), by counsel, and Debtor, by counsel, agree as follows:

1. That the servicing agent for U.S. Bank, N.A. is US Bank Home Mortgage.

2. The Debtor owes post-petition arrears in the amount of $3,597.52, for the months of April 1, 2009 through September 1, 2009, late charges in the amount of $122.85, post-petition property inspection fees in the amount of $240.00, and attorney fees and costs in the amount of $500.00, less a suspense balance of $481.60, for a total post-petition arrearage of $3,978.77.

3. Debtor shall cure the post-petition arrearage under this Agreed Entry by amending their Chapter 13 Plan. Debtor shall increase his plan payments and the term of his plan to provide for the adequate funding of this amended plan, if needed.

4. Additionally, Debtor's amended plan shall provide that the Trustee shall disburse all future post-petition mortgage payments to Secured Creditor beginning with the payment due October 1, 2009, in the amount of $526.82.

5. Secured Creditor shall file an administrative Proof of Claim for the post-petition arrears in the amount of $3,978.77.

IT IS FURTHER AGREED that relief shall not be granted to Secured Creditor, its successors and assigns at this time, but if Debtor fails to comply with this Agreed Entry, Secured



Creditor shall be entitled to request a telephonic hearing without the necessity of filing a new proceeding to modify the automatic stay, and said hearing shall be scheduled for the purposes of determining whether the automatic stay shall be terminated.

IT IS FURTHER AGREED that this Agreed Entry on Motion For Relief From Stay and to Abandon Real Estate shall bind Debtor in any conversion of the above-entitled bankruptcy proceeding, and that any further automatic stay as defined under 11 U.S.C. Section 362(a) issued during that period shall <u>not</u> arise with respect to Debtor and as to the interest of Secured Creditor, its successors and assigns.

Dated: 9-22-09

_____
Stacy J. DeLee
Attorney for Creditor
155 E. Market St., Suite 605
Indianapolis, IN 46204
(317) 632-9555

_____
Joseph M. Black, Jr., Chapter 13 Trustee
P.O. Box 846
Seymour, IN 47274

Dated: 9-22-09

/s/ Lloyd E. Koehler
Lloyd E. Koehler
Attorney for Debtor
400 Pearl St., Ste. 200
New Albany, IN 47150
(812) 941-3907

Dated: 9-22-09

DISTRIBUTION TO:
Stacy J. DeLee, 155 East Market Street, Suite 605, Indianapolis, IN 46204
Garland Scott Cope, 190 E. Madison St., Scottsburg, IN 47170
Lloyd E. Koehler, 400 Pearl St., Ste. 200, New Albany, IN 47150
Joseph M. Black, Jr., P.O. Box 846 Seymour, IN 846
U.S. Trustee, 101 W Ohio St., Suite 1000, Indianapolis, IN 46204